**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF INDIANA**

**INDIANAPOLIS DIVISION**

**FILED**

**07/01/2022**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| | | |
|---|---|---|
| MIRACLE HURSTON, | ) | |
| Plaintiff, | ) | |
| V. | ) | CASE NO. 1:19-CV-04890-TWP-DLP |
| INDIANA GAMING COMPANY LLC, dba | ) | HONORABLE JUDGE TANYA WALTON PRATT |
| HOLLYWOOD CASINO LAWRENCEBURG, | ) | HONORABLE JUDGE DORIS L. PRYOR |
| Defendant, | ) | |

**PLAINTIFFS DESIGNATION OF EVIDENCE**

Plaintiff, Miracle Hurston, hereby designates the following evidence in support of his Opposition to Defendant's Motion for Summary Judgement:

1. June 8th, 2019 iTrak (Exhibit A)

2. Chief Miller Affidavit (Exhibit B)

3. ID (Exhibit C)

4. June 14th, 2019 Surveillance (Exhibit D)

5. Feb 9th, 2019 iTrak (Exhibit E)

6. Police Report (Exhibit F)

7. Dec 9th, 2018 iTrak (Exhibit G)

Respectfully Submitted,

_____          **6-30-22**

Miracle Hurston (Pro Se)

1812 Grand Avenue,

Middletown, OH 45044