# Incident File Full Report



---

iTrak Incident Reporting and Risk Management System Version: 5.5.3

| | |
|---|---|
| Incident Number: | IN20190001106 |
| Date/Time Occurred: | 08-Jun-2019  3:24 |
| Day of Week: | Saturday |
| Created by: | jvanosdol |

---

Printed By: ecalderaro                    Printed On: 13-Jun-2019 at 20:20

| | | **Record Creation Details** | |
|---|---|---|---|
| ==Date/Time Occurred:== | ==08-Jun-2019  3:24== | Department: | Security |
| Day of Week Occurred: | Saturday | Owner: | sriehle |
| ==Date/Time Created:== | ==08-Jun-2019  5:32== | Operator ID: | jvanosdol |
| Date/Time  Closed: | | | |

### Location of Incident:

| Property: | Hollywood Casino Lawrenceburg |
|---|---|
| Location: | Security |
| Sublocation: | |

### Details of Incident:

| Daily Log #: | DL20190066358 |
|---|---|
| Incident Type: | Altercation |
| Specific: | Verbal |
| Category: | |
| Incident Status: | Open |
| Synopsis: | C-92 J. Vanosdol. C-92 S. Miller , Bike Patrol E. Laughlin . R. McDowell going to the Hotel Lobby for an argument between Miracle Hurston and another guest Josh Moore.<br>Surveillance notified<br>C-92 S. Miller at the pavilion first floor talking to Josh Moore and he is filling out a statement.<br>C-92 J. Vanosdol at the hotel talking to Miracle Hurston.<br>4:10am Casino Manager T. Evans called and wanted to know what was going on because the guest ( Josh Moore ) asked the Pit to call Casino Manager to talk to the guest about being threatened. |
| Checklist: | |

Narrative:

| **Created On** | **Created By** | **Modified On** | **Modified By** |
|---|---|---|---|
| 08-Jun-2019  5:32 | jvanosdol | 09-Jun-2019  7:04 | jvanosdol |

==On 6-8-2019 at around 3:24am I Security supervisor Jesse Vanosdol was notified By C5 dispatch Sarah that there== was an argument at the Hotel front lobby between guest EP, IS000824667 ( Miracle Hurston ) and Celebrity IS000554189 ( Joshua Moore ) Bike Patrol Ethan Laughlin and security officer Richie McDowell went to the Hotel Lobby for the argument and separated the guest. Myself Jesse and security supervisor Scott Miller walked towards the Hotel and caught up to Richie and guest Joshua Moore on the first level of the pavilion. While speaking with Joshua he stated that Miracle had been verbally abusive at the Black Jack table earlier in the evening but that things had calmed down and were good until Miracle and Joshua were walking to the Hotel, and Miracle started threatening him on the way to the Hotel resulting in an argument in the front lobby of the Hotel. At this time Scott took Joshua up to turnstiles to have him write a supplemental report and I Jesse went to the Hotel to speak with Miracle and his friend Debora Williams. I Jesse ask Miracle what had happened and he stated that Joshua was being rude at the table and when Debora made a comment to him saying that he must not be a real black jack player Joshua stated why because i'm not black. Miracle said that they argued at the table but then calmed down until the walk to the Hotel and that is when Joshua started talking shit and told Miracle that he wasn't getting in the elevator with a N"""" and thats when the argument went to the Hotel lobby. Joshua wrote a statement and it is attached. Miracle didnt want to write a supplemental report but his friend Debora did write one and it is also attached. Surveillance notified and Surveillance Supervisor Chance stated that Miracle did push Joshua in the Hotel front lobby Clip#7502 . The Hotel front desk ( Bryan Bonilla ) badge#12627 is the one who notified C5 stating that there was a fight in the hotel lobby, and in his statement he said " Around 3:45am I heard two people being loud. I was in the back when what initially sounded like banter turned out to be an argument between Miracle Hurston and his Instigator. They jostled elbows and were yelling back and fourth so I called security and they arrived to sort out the situation."

| Reporting Party: | Supervisor: |
|---|---|

**Participants Involved:**

| Personnel: | Miller Jr., Scott | Property: | Hollywood Casino Lawrenceburg |
| Role: | Dispatched Officer | Department: | Security |
| Police Contacted: | Taken From Scene: | Police Contacted Result : | |

| Personnel: | Vanosdol, Jesse | Property: | Hollywood Casino Lawrenceburg |
| Role: | Dispatched Officer | Department: | |
| Police Contacted: | Taken From Scene: | Police Contacted Result : | |

| Personnel: | Laughlin, Ethan | Property: | Hollywood Casino Lawrenceburg |
| Role: | Dispatched Officer | Department: | |
| Police Contacted: | Taken From Scene: | Police Contacted Result : | |

**Supplemental Entries:**

SP20190000023  Attached by ecalderaro  on Jun 13, 2019 19:23

Description:

| Reporting Party: | Supervisor: |

SP20190000023  Attached by ecalderaro  on Jun 13, 2019 19:23

SP20190000023  Attached by ecalderaro  on Jun 13, 2019 19:23　　　　　　　　SP20190000023
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　- Continued-

**Attachments:**

| Title: | Attached by: | Original Filename: |
| --- | --- | --- |

6

| Title: | Attached by: | Original Filename: |
| --- | --- | --- |

| Reporting Party: | Supervisor: |
| --- | --- |

ecalderaro  on Jun 13, 2019 20:16

2019-06-08 MOORE ID.jpg

**End of Attachments**

**List of Attached Records:**

| Record Type: | Summary: | Attached By: | Date Attached: |
|---|---|---|---|
| iDispatch | Dispatch#: DS20190032660 - Daily Log#: DL20190066358 - Call Time: 6/8/2019  3:24:55 AM - Dispatch Code: Security - Other - Property: Hollywood Casino Lawrenceburg - Location: Security - Dispatch Status: Cleared | jvanosdol | 08-Jun-2019 |

Reporting Party:

Supervisor: