

# LAWRENCEBURG POLICE DEPARTMENT

**Exhibit F**
**PoliceReport**

Incident #: L18-00804

Reporting Officer: TROY COCHRAN

Report Time: 02/14/2018 02:02:05

## Incident

| | | |
|---|---|---|
| Incident Nature<br>CITIZEN DISPUTE | Address<br>777 HOLLYWOOD BLVD;<br>HOLLYWOOD CASINO HOTEL<br>LAWRENCEBURG, INDIANA 47025 | Occurred From<br>02/14/2018 02:02:05 |
| Occurred To<br>02/14/2018 02:02:05 | Received By<br>BRIAN BEATTY | How Received<br>TELEPHONE |
| Contact<br>KAREN | Disposition<br>CLEARED ADULT NO ARREST | Miscellaneous Entry |
| Disposition Date<br>02/14/2018 | Cleared<br>N | Judicial Status |
| Cleared Date | Clearance<br>CLEARED BY RESPONSIBLE<br>OFFICER | Cargo Theft Related |

Responding Officer(s)

DAVID SCHWARZ

TROY COCHRAN

Case Numbers

18-0140

## Offenses

### DISORDERLY CONDUCT

| | | |
|---|---|---|
| Completed? | Method Of Entry | Gambling Motivated? |
| Premises Entered? | Location Type | Cargo Theft Related? |
| Statute<br>35-45-1-3 | Description<br>PUBLIC ORDER-<br>DISORDERLY CONDUCT | Category |

## INTOXICATED PERSON/DRUNK

| Completed? | Method Of Entry | Gambling Motivated? |
|---|---|---|
| Premises Entered? | Location Type | Cargo Theft Related? |

| Statute | Description | Category |
|---|---|---|
| 7.1-5-1-3 | PUBLIC INTOXICATION BY ALCOHOL/DRUGS (DRUNKENNESS) | |

## ASSAULT, NO WEAP, AGG INJURY

| Completed? | Method Of Entry | Gambling Motivated? |
|---|---|---|
| C | | |
| Premises Entered? | Location Type | Cargo Theft Related? |

| Statute | Description | Category |
|---|---|---|
| 35-42-2-1(B)(1) | 35-42-2-1(B)(1) (Simple Assault) : Battery Against A Public Safety Official : 6 : F | |

## CRIMINAL MISCHIEF

| Completed? | Method Of Entry | Gambling Motivated? |
|---|---|---|
| C | | |
| Premises Entered? | Location Type | Cargo Theft Related? |

| Statute | Description | Category |
|---|---|---|
| 35-43-1-2 | CRIMINAL MISCHIEF | |

## Persons

### FORTE, DONALD
### SUSPECT

| Address | Phone | DOB |
|---|---|---|
| CINCINNATI OHIO 45247 | | |

| Race | Sex | Ethnicity |
|---|---|---|
| BLACK, NON-HISP | M | |

| Height | Weight | |
|---|---|---|
| 6'01" | 192 | |

## HURSTON, MIRACLE F
## SUSPECT

| Address | Phone | DOB |
|---|---|---|
| 1812 GRAND AVE | ( ) - | 02/22/1980 |
| MIDDLETOWN OHIO 45044 | | |

| Race | Sex | Ethnicity |
|---|---|---|
| BLACK, NON-HISP | M | |

| Height | Weight | |
|---|---|---|
| 5'11" | 180 | |

## Narratives

### Original Narrative                          03/16/2018 11:19:14

Neither subject wanted the other to be arrested. Hurston had property damaged and wants to think about the options I gave him regarding case being reviewed by prosecutor.

Witness - 740-357-0729 room 329 Mrs. Hopper.

In-car camera remote was out of range and did not turn on when I engaged it.

Report complete.

On February 14, 2018, at approx. 02:02 hours, I (Troy Cochran) responded to Hollywood Casino Hotel for an unknown altercation. Upon arrival Ofc. Schwarz advised me to meet him on the 2 level of the hotel. When I got off the elevator on the second floor, I observed house keeping cleaning up blood. I then met with Ofc. Schwarz and casino security at room 262. Casino security includes; Tim Schnieder, Kevin Bill, and Ethan.

I observed Tim speaking to the tenant of room 262 who was identified as Donald Forte. I observed Mr. Forte to have unsteady balance, slurred speech, and strong odor of alcohol. I further observed Mr. Forte to have blood on his clothes and injuries including several goose eggs to the right of the forehead.

Mr. Forte refused to allow pictures be taken. Mr. Forte refused medical treatment. Mr. Forte stated that he did not want anything regarding this matter to be recorded in any way. Mr. Forte stated that he has a career and does not want his name documented for the public to see. Mr. Forte provided vague information about the incident. He stated that the person that caused his injury was known by the casino. Mr. Forte stated that his assailant was very mouthy and has a number of complaints against him. Mr. Forte indicated that his assailant caught him off guard. Mr. Forte refused to answer questions when asked specifics. Mr. Forte stated that he did not call on us. I was informed that Mr. Forte notified the front desk and they contacted security. Mr. Forte stated he did not handle matters like this by involving courts.

Mr. Forte proceeded to leave his room leaving many questions unanswered. Security was able to identify Mr. Forte's alleged assailant using surveillance as Miracle Hurston. I was further informed that Mr. Hurston was staying in room 354. I spoke to Mr. Hurston who was very cooperative and provided a detailed account. Mr. Hurston included that a female patron was on the elevator at the time of the altercation. She was later identified again using surveillance as Mrs. Hopper. Mrs. Hopper was staying in room 329 and wishes to stay anonymous. I spoke to Mrs. Hopper over the phone (740)357-0729 and obtained her statement.

Mr. Hurston had a swollen hand and cuts on his knuckles. Mr. Hurston stated that he had checked in earlier this evening. He stated after getting in his room he found bed bugs and requested a new room over the phone. He stated that the front desk had the new room keys ready for him when came down. He stated that Mr. Forte was at the front desk at this time checking in. That the front desk staff stopped serving Mr. Forte to give Mr. Hurston his new keys  Mr. Hurston indicted that Mr. Forte made a disgruntled comment.

Mr. Hurston and Mr. Forte both indicated that they have crossed paths at the casino but do not know each other on a personal level. Mr. Forte stated several times that Mr. Hurston is mouthy. Mr. Hurston stated that Mr. Forte was on the elevator when he started back up to his new room. Mr. Hurston stated that Mr. Forte was struggling to get the elevator security key to take in order to go up. Mr. Hurston stated that he made a playful comment and proceeded to assist by using his room key for the elevator. Mr. Hurston stated that he commented to Mr. Forte congratulating him on winning at the casino. Mr. Hurston stated when the elevator stopped at the second

floor Mr. Forte stepped off and turned around facing him. Mr. Hurston stated that Mr. Forte told him, "you need to learn to keep your damn mouth shut". Then Mr. Forte knocked Mr. Hurston's bag out of his hands. Mr. Hurston stated his phone and computer got damaged in the process.

Pictures of a phone and computer both with cracked screens were taken. Mr. Hurston stated after Mr. Forte knocked the bag out of his hand he came after him. Mr. Hurston stated as soon as Mr. Forte grabbed him he started fighting back. Mrs. Hopper stated she observed a taller black male get off the elevator on the second floor. She stated he turned around and stated, " you need to learn to keep your damn mouth shut". She further stated he appeared intoxicated and angry. She also stated that the shorter black male was still on the elevator. That he was replying in a playful manner before she exited. Mrs. Hopper stated she could tell by the taller male it was about to go down so she exited the elevator. Mrs. Hopper stated she got off on the second floor and took the stairs up to her room. She stated as she was walking away from the elevator she could hear a scuffle but did not see what happened. She indicated the shorter male was staying on the third floor.

Mr. Hurston also stated he did not want to see Mr. Forte in jail. He was only concerned about his damaged property. He stated the value of the phone was $100.00 and the computer $200.00. He stated that the reason he did not report the incident was concerns of getting consequences from the casino. Mr. Hurston stated he rather nothing come of the incident over getting consequences from the casino. I advised Mr. Forte of Mr. Hurston's request for reimbursement. He declined and insisted there was no female witness on the elevator. I advised Mr. Forte of the possibility of criminal charges. Mr. Forte stated he was not going to jail. He stated if Mr. Hurston wanted to press charges let him. I informed both subjects if further altercations occurred tonight, both could end up in jail. Mr. Hurston stated he would contact me if he decided to pursue a review by prosecutor. No further at this time.

## Supplemental Narrative   02/14/2018 03:41:58    DONALD HASTINGS JR

CAD Call info/comments
=================================

MEET WITH BIKE PATROL IN THE LOBBY REF A GUEST HAD SOME SORT OF ALTERCATION WITH ANOTHER PERSON