# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MIRACLE HURSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-04890-TWP-DLP |
| INDIANA GAMING COMPANY LLC, | ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Defendant Indiana Gaming Company LLC and against Plaintiff Miracle Hurston. The Plaintiff shall take nothing by his Complaint, and this action is **TERMINATED**.

Dated: 11/28/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Catherine A. Breitweiser-Hurst
JOHNSON & BELL, PC
breitweiserhurstc@jbltd.com

Edward W. Hearn
JOHNSON & BELL, PC
hearne@jbltd.com

Miracle Hurston
1812 Grand Avenue
Middletown, OH 45044